**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 24-6230**

_____

MONTAVIUS A. JOHNSON-EL,

        Plaintiff - Appellant,

      v.

DAVID MITCHELL, Facility Head Administrator Individual and Official Capacity;
DAVID AARON, Captain of Security Operations Individual and Official Capacity;
MCPHERSON, Correctional Staff Officer Individual and Official Capacity;
MOSES, Correctional Staff Officer Individual and Official Capacity,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the Western District of North Carolina, at
Charlotte.  Martin K. Reidinger, Chief District Judge.  (3:23-cv-00628-MR)

_____

Submitted:  June 25, 2024                            Decided:  June 28, 2024

_____

Before RICHARDSON and QUATTLEBAUM, Circuit Judges, and TRAXLER, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Montavius Antoine Johnson-El, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Montavius Antoine Johnson-El appeals the district court's orders dismissing his 42 U.S.C. § 1983 complaint pursuant to 28 U.S.C. §§ 1915(e)(2), 1915A, and denying reconsideration. We have reviewed the record and find no reversible error. Accordingly, we grant Johnson-El's motion to file a supplemental informal brief, and we affirm the district court's orders. *Johnson-El v. Mitchell*, No. 3:23-cv-00628-MR (W.D.N.C. Dec. 21, 2023; Feb. 20, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*